JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LILIANA GOMEZ, | Case No. 2:25-cv-04847-FLA (AJRx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** [DKT. 21] |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | |
| Defendants. | |

1

1   On July 28, 2025, the court set a Scheduling Conference for September 19, 2025.  Dkt. 17.  On September 2, 2025, the parties filed a stipulation ("Stipulation") to continue the scheduling conference.  Dkt. 18.  On September 11, 2025, the court denied the Stipulation and stated it would vacate the Scheduling Conference after receiving the parties' Joint Rule 26(f) Report.  Dkt. 20.  On September 16, 2025, the court Ordered the parties to submit a Joint Rule 26(f) Report by September 19, 2025. Dkt. 21.  The court stated, "[f]ailure to file a Joint Rule 26(f) Report timely may result in the imposition of sanctions, up to and including monetary sanctions and the striking of pleadings, entry of default against Defendants, and the dismissal of the action for lack of prosecution."  *Id.*  The parties did not file a Joint Rule 26(f) Report. Accordingly, the court DISMISSES this action without prejudice for lack of prosecution.

IT IS SO ORDERED.

Dated: September 25, 2025

```
                                    FERNANDO L. AENLLE-ROCHA
                                    United States District Judge
```